EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Carlos Hernández Pérez | 2006 TSPR 175 169 DPR ____ |

Número del Caso: CP-2003-5

Fecha: 17 de octubre de 2006

Abogados de la Parte Querellada:

Lcdo. Lcdo. José S. Brenes-La Roche
Lcdo. Felipe Benicio Sánchez

Oficina del Procurador General:

Lcda. Minnie H. Rodríguez López
Procuradora General Auxiliar

Materia: Conducta Profesional
(La suspensión del abogado advino final y firme el día 27 de noviembre de 2006.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                              CP-2003-5

Carlos Hernández Pérez


                         RESOLUCION


San Juan, Puerto Rico, a 17 de octubre de 2006.

    Evaluada la "Moción de Reconsideración" presentada por la parte peticionaria, se reduce la suspensión de un (1) año del ejercicio de la profesión a un término de seis (6) meses.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Jueza Asociada señora Fiol Matta no intervinieron.


                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo